JEFFERY J. DAAR (SBN 105536)
jdaar@daarnewman.com
MICHAEL R. NEWMAN (SBN 49676)
mnewman@daarnewman.com
DAAR & NEWMAN
A Professional Law Corporation
21700 Oxnard Street, Suite 350
Woodland Hills, CA 91367
(818) 615-0999
FAX: (818) 615-1066

Attorneys for Defendant
DAVID BRUCE McMAHAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAY R. SCHUSTER, an individual; DAVID BRUCE MCMAHAN, an individual; MOSHE CHAMISH, an individual; ZVI CHAMISH, an individual; WILLIAM DUNN, an individual; LYNN WINTER GROSS, an individual; and DOES 1 to 10, Inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-01454 AB (AJWx)<br><br>HON. ANDRÉ BIROTTE JR.<br><br>[~~PROPOSED~~] JUDGMENT |

Defendant David Bruce McMahan ("McMahan"), having been granted summary judgment in his favor on plaintiff Delaware Life Insurance Company's ("Delaware Life") first cause of action for interpleader and second cause of action for declaratory relief as to the Delaware Life annuity purchased by defendant Jay R. Schuster (the "Schuster Annuity"), and on Delaware Life's third cause of action for declaratory relief as to the Delaware Life annuity purchased by now-deceased Paul Chamish, whose children, defendants Moshe Chamish and Zvi Chamish, now

-1-
[~~PROPOSED~~] JUDGMENT

appear in his stead (the "Chamish Annuity");

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. McMahan is entitled to the proceeds of the Schuster Annuity up to the amount of $170,850 and to the proceeds of the Chamish Annuity up to the amount of $70,900.

2. Delaware Life has deposited with the Court the amount of $159,273.30 ($114,683.72, after Delaware Life paid itself the $7,000 authorized by the Court for Delaware Life's attorneys' fees and costs, as the proceeds of the Schuster Annuity, and the amount of $44,589.58 as the proceeds of the Chamish Annuity).

3. The Clerk of Court shall disburse $159,273.30 to McMahan from the funds deposited with the Court by Delaware Life.

DATED: September 28, 2016

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-2-
[~~PROPOSED~~] JUDGMENT